**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00621-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

GARRY DON SCOTT,

      Plaintiff,

v.

CHRISTOPHER B. SYNSVOLL (F.B.O.P.),
FEDERAL BUREAU OF PRISONS, and
RICHARD DERR (F.B.O.P.),

      Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff, a federal prisoner in Colorado, has submitted to the court a Civil Rights

Complaint Pursuant to 28 U.S.C. § 1331 (ECF No. 1) and an Application to Proceed In

Forma Pauperis (ECF No. 3).  As part of the court's review pursuant to

D.C.COLO.LCivR 8.1(b), the court has determined that the documents are deficient as

described in this order.  Plaintiff will be directed to cure the following if he wishes to

pursue any claims in this action.  Any papers that Plaintiff files in response to this order

must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __   is not submitted
(2)   __   is missing affidavit
(3)   __   is missing certified copy of prisoner's trust fund statement for the 6-month
               period immediately preceding this filing
(4)   __   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information

(6)   <u>xx</u>   is missing authorization to calculate and disburse filing fee payments
(7)   __   is missing an original signature by the prisoner
(8)   <u>xx</u>   is not on proper form (must use the court's current form)
(9)   __   names in caption do not match names in caption of complaint, petition or habeas application
(10)   __   other: _____.

**Complaint, Petition or Application**:
(11)   __   is not submitted
(12)   <u>xx</u>   is not on proper form
(13)   __   is missing an original signature by the prisoner
(14)   __   is missing page nos. ___
(15)   __   uses et al. instead of listing all parties in caption
(16)   __   names in caption do not match names in text
(17)   __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)   __   other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED February 27, 2014, at Denver, Colorado.

2

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge