IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00621-LTB

GARRY DON SCOTT, JR.,

    Plaintiff,

v.

RICHARD DERR, in his private & professional capacity,
CHRISTOPHER B. SYNSVOLL, in his private & professional capacity, and
FEDERAL BUREAU OF PRISONS,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 9, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 9th day of April, 2014.

                                  FOR THE COURT,

                                  JEFFREY P. COLWELL, Clerk

                                  By: s/K Lyons
                                      Deputy Clerk